**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Freedom Rave Wear, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Freedom Rave Wear, LLC** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 9 – 1 3 4 5 1 8 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2236 Rutherford Road** | |
| Number          Street | Number          Street |
| **Carlsbad, CA 92008** | |
| City                          State     ZIP Code | City                          State     ZIP Code |
| **San Diego** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number          Street |
| | City                          State     ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **freedomravewear.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Freedom Rave Wear, Inc.**
_____    Case number _(if known)_ _____
Name

**7. Describe debtor's business**

A. _Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. _Check all that apply:_

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
<u>4</u>   <u>5</u>   <u>8</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

_Check one:_

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. _Check all that apply:_

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the _Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11_ (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                   MM / DD / YYYY

           District _____    When _____    Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

           District _____    When _____
                                              MM / DD / YYYY

           Case number, if known _____

Debtor      **Freedom Rave Wear, Inc.**
            Name                                                    Case number *(if known)*

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number    Street |
| | _____ |
| | _____ |
| | City                              State    ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.    Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Freedom Rave Wear, Inc.**                                            Case number *(if known)* _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/24/2025**
               MM/ DD/ YYYY

**X**  **/s/ Michael Hodgen**                                    **Michael Hodgen**
Signature of authorized representative of debtor                Printed name

Title    **President**

**18. Signature of attorney**

**X**            **/s/ Larissa L Lazarus**            Date **02/24/2025**
Signature of attorney for debtor                          MM/ DD/ YYYY

**Larissa L Lazarus**
Printed name

**Law Offices of Mark L. Miller**
Firm name

**2341 Jefferson Street STE 100**
Number        Street

**San Diego**                              **CA**       **92110**
City                                       State       ZIP Code

**(619) 574-0551**                         **larissa@millerlegalcenter.com**
Contact phone                              Email address

**250293**                                 **CA**
Bar number                                 State

# CORPORATE RESOLUTION BY
# FREEDOM RAVE WEAR, INC.

### A California corporation

The Board of Directors of **Freedom Rave Wear, Inc. a California corporation,** (hereinafter the "Company") held a meeting on February 20, 2025, notice requirements having been previously waived by the members of the Board of Directors.  A quorum was present, and the following members / directors were in attendance:

Michael Hogden -- director  /  Alyssa Erickson-Hodgen – director

WHEREAS the members of Directors have determined that it is in the best interest of the Company, its creditors, and other interested parties that a Petition be filed on behalf of the Company, thereby commencing a voluntary proceeding under Chapter 11 of the Bankruptcy Code, be it;

RESOLVED:  that a formal Petition for relief under Chapter 11 of Title 11, of the United States Bankruptcy Code, presented to the Board of Directors is hereby approved and adopted in all respects, and be it;

RESOLVED FURTHER:  That Michael R. Hodgen is hereby authorized and directed, acting together or alone, to execute and verify a Petition substantially in the form approved, and to cause the same to be filed with the United States Bankruptcy Court, for the Southern District of California, and be it;

RESOLVED FURTHER:  that the parties are hereby authorized to execute and file all Petitions, schedules, lists, and any other papers and to take any and all action which they may deem necessary or proper in connection with proceedings under Chapter 11, and be it;

RESOLVED FURTHER:  that the Company hereby retains and employs Larissa Lazarus, Esq. as legal counsel to represent the Company in these proceedings.

Dated: February 21, 2025            /s/ Michael R. Hodgen
                                                    MICHAEL R. HODGEN

**United States Bankruptcy Court**
**Southern District of California**

In re    **Freedom Rave Wear, Inc.**                                        Case No. _____

                                        Debtor(s)            Chapter            **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Freedom Rave Wear, Inc.**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**02/24/2025**_____            _____**/s/ Larissa L Lazarus**_____
Date                                    **Larissa L Lazarus**
                                        Signature of Attorney or Litigant
                                        Counsel for _____**Freedom Rave Wear, Inc.**_____
                                        **Bar Number: 250293**
                                        **Law Offices of Mark L. Miller**
                                        **2341 Jefferson Street STE 100**
                                        **San Diego, CA 92110**
                                        **Phone: (619) 574-0551**
                                        **Email: larissa@millerlegalcenter.com**

1

---

Fill in this information to identify the case:

Debtor Name **Freedom Rave Wear, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Mercury Bank** | **Checking account** | **6  6  8  1** | $10.00 |
| 3.2. | **Mercury Bank** | **Checking account** | **4  5  9  8** | $1,000.00 |
| 3.3. | **Logix Bank** | **Checking account** | **x  x  x  x** | $0.00 |
| 3.4. | **Mercury Bank** | **Checking account** | **8  2  8  8** | $250.00 |
| 3.5. | **Mercury Bank** | **Checking account** | **8  8  4  8** | $100.00 |
| 3.6. | **Wells Fargo** | **Savings account** | **8  8  8  0** | $0.00 |
| 3.7. | **Mercury Bank** | **Savings account** | **7  4  3  8** | $25.00 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | **Venmo** | $0.00 |
| --- | --- | --- |
| 4.2 | **Paypal** | $0.00 |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,385.00

| Part 2: | Deposits and prepayments |
| --- | --- |

Debtor     **Freedom Rave Wear, Inc.**                                      Case number *(if known)* _____
                  Name

---

**6.    Does the debtor have any deposits or prepayments?**

☐  No. Go to Part 3.

☑  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1   **Nelli-Regen Three LLC** _____     $61,003.08

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1   _____     _____

8.2   _____     _____

**9.    Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.     $61,003.08

---

| Part 3: | Accounts receivable |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☑  No. Go to Part 4.

☐  Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.   Accounts receivable**

11a. 90 days old or less:   _____ - _____ =....➡     _____
                                   face amount          doubtful or uncollectible accounts

11b. Over 90 days old:      _____ - _____ =....➡     _____
                                   face amount          doubtful or uncollectible accounts

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     _____

---

| Part 4: | Investments |
|---|---|

**13.   Does the debtor own any investments?**

☑  No. Go to Part 5.

☐  Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1   _____     _____     _____

14.2   _____     _____     _____

---

Debtor    **Freedom Rave Wear, Inc.**                                         Case number *(if known)* _____

           Name

---

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                % of ownership:

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | |

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** | | | | |
| **400 yards of fabric.** | **02/24/2025** MM / DD / YYYY | unknown | Liquidation | $500.00 |
| **20. Work in progress** | | | | |
| **Materials cut and in the process of sewing.** | **02/24/2025** MM / DD / YYYY | unknown | Liquidation | $27,500.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| **Clothing and accessories.** | **02/24/2025** MM / DD / YYYY | unknown | Liquidation | $88,000.00 |
| **22. Other inventory or supplies** | | | | |
| **Thread, needles, notions.** | **02/24/2025** MM / DD / YYYY | unknown | Liquidation | $250.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    | $116,250.00 |

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

---

Debtor    **Freedom Rave Wear, Inc.**

Name                                                  Case number *(if known)*

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor    **Freedom Rave Wear, Inc.**                                    Case number *(if known)* _____
Name

---

| 37. | **Has any of the property listed in Part 6 been appraised by a professional within the last year?** |
|---|---|

☑ No
☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Tables, desks, and racking. | unknown | Liquidation | $5,000.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laser cutter, printers, sewing machines, heat press | unknown | Liquidation. | $12,000.00 |
| Canon DSL-R Camera and camera lenses. | $1,800.00 | Market research | $1,800.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | $18,800.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

---

Debtor    **Freedom Rave Wear, Inc.**                          Case number *(if known)* _____
        Name

| General description | Net book value of debtor's interest | Valuation method used | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | for current value | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 **2023 Tesla X /** VIN: 7SAXCBE5XPF414178 | **unknown** | **kbb.com liquidation.** | **$24,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

**49.** **Aircraft and accessories**

49.1 _____

49.2 _____

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

**51.** **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.  **$24,000.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**    Real property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Commercial Lease /** 2236 Rutherford Road STE 103 Carlsbad, CA 92008 | **Lease** | **unknown** | | **unknown** |

Debtor   **Freedom Rave Wear, Inc.**                                    Case number *(if known)* _____
         Name

---

| 56. | **Total of Part 9** | | | |
|---|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | | [blank box] |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 10:**    Intangibles and intellectual property

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
|     **Freedom Rave Wear Trademark** | unknown | **Liquidation. Tied to Freedom Rave Wear, Inc.** | unknown |
| 61. **Internet domain names and websites** | | | |
|     **freedomravewear.com** | **$1,164.00** | Liquidation. | **$582.00** |
| 62. **Licenses, franchises, and royalties** | | | |
|      | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
|     **Company database of customer and subscriber email and SMS list.** | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
|     **Instagram account @freedomravewear** | unknown | **Liquidation.** | unknown |
|     **Youtube account @freedomravewear** | unknown | **Liquidation** | unknown |
|     **TikTok account @freedomravewear** | unknown | **Liquidation.** | unknown |
|     **Pinterest @freedomravewear account** | unknown | **Liquidation** | unknown |
| 65. **Goodwill** | | | |
|      | | | |

| 66. | **Total of Part 10** | | |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | **$582.00** |

---

Debtor    **Freedom Rave Wear, Inc.**                                    Case number *(if known)* _____
                  Name

---

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**71.**   **Notes receivable**

Description (include name of obligor)

| **Loan to Angel Perez (former employee). Loan provides for interest.** | $1,168.00 – unknown = ➡ | $1,168.00 |
| --- | --- | --- |
|  | Total face amount   doubtful or uncollectible amount |  |

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

|  | Tax year _____ |  |
| --- | --- | --- |
|  | Tax year _____ |  |
|  | Tax year _____ |  |

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Cross Complaint against Angel Perez.** | **unknown** |
| --- | --- |

| Nature of claim | **Violation of Penal Codes, Computer Fraud and Abuse Act, Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Labor Code Violations, Intentional Misrepresentation, Negligent Misrepresentation, Violation of Section 17200.** |
| --- | --- |
| Amount requested | **unknown** |

| **Cross Complaint against Jade Roman.** | **unknown** |
| --- | --- |

| Nature of claim | **Violation of Penal Codes, Computer Fraud and Abuse Act, Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Labor Code Violations, Intentional Misrepresentation, Negligent Misrepresentation, Violation of Section 17200.** |
| --- | --- |
| Amount requested | **unknown** |

---

Debtor    **Freedom Rave Wear, Inc.**
Name

Case number *(if known)*

---

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Nature of claim** | |
| | **Amount requested** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11**<br>Add lines 71 through 77. Copy the total to line 90. | **$1,168.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

☑ No
☐ Yes

Debtor    **Freedom Rave Wear, Inc.**        Case number *(if known)* _____
        Name

| **Part 12:** | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,385.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $61,003.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $116,250.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................➡ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $582.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,168.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $223,188.08 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... | | $223,188.08 |

Fill in this information to identify the case:

Debtor name __**Freedom Rave Wear, Inc.**__

United States Bankruptcy Court for the: __**Southern**__ District of __**California**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

**Blue Moon Fabrics**

Creditor's mailing address

**933 Maple Avenue**

**Los Angeles, CA 90015**

Creditor's email address, if known

_____

Date debt was incurred     __**10/23/2024**__

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
<u>Clothing and accessories.</u>

**Describe the lien**
**Business Supplies**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$5,146.02**    Column B: **$88,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$88,240.99**

Debtor    **Freedom Rave Wear, Inc.**                                    Case number (if known) _____
       Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2  Creditor's name**

**Headway Capital**

**Creditor's mailing address**

**4700 W. Daybreak Pkwy. Ste 200**

**South Jordan, UT 84009**

**Creditor's email address, if known**

_____

Date debt was incurred        **01/2022**

Last 4 digits of account        **4   5   1   2**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**Business Loan**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$17,916.97        unknown

| Debtor | **Freedom Rave Wear, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** Creditor's name

**TD Auto Finance**

Describe debtor's property that is subject to a lien

2023 Tesla X

$65,178.00          $24,000.00

Creditor's mailing address

**PO Box 100295**

**Columbia, SC 29202**

Describe the lien

_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor name **Freedom Rave Wear, Inc.**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**California Department of Tax and Fees**<br><br>**PO Box 942879**<br><br>**Sacramento, CA 94279**<br><br>**Date or dates debt was incurred**<br>**03/2024**<br><br>**Last 4 digits of account**<br>**number** **1  8  6  2**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>**Sales Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$15,095.66** | **$15,095.66** |
| **2.2** Priority creditor's name and mailing address<br><br>**California Franchise Tax Board**<br><br>**PO Box 942857**<br><br>**Sacramento, CA 94285**<br><br>**Date or dates debt was incurred**<br>**12/2021**<br><br>**Last 4 digits of account**<br>**number** **3  0  0  0**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>**Business Registration Fees/Tax**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$1,132.19** | **$1,132.19** |

Debtor    **Freedom Rave Wear, Inc.**
Name

Case number *(if known)* _____

---

### Part 1:    Additional Page

| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,276.60 | $144,276.60 |
|---|---|---|---|---|

**Employment Development Department**

**PO Box 989061**

**West Sacramento, CA 95798-9777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2022**

**Basis for the Claim:**
**State EDD Tax**

Last 4 digits of account
number **8  7 - 0**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

| **2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 | $6,500.00 |
|---|---|---|---|---|

**Human Interest**

**655 Montgomery Street #1800**

**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

**Basis for the Claim:**
**Unpaid retirement contributions**

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(5)**

---

| **2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.07 | $1,217.07 |
|---|---|---|---|---|

**Illnois Sales Tax**

**PO Box 19035**

**Springfield, IL 62719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/2024**

**Basis for the Claim:**
**Sales Tax**

Last 4 digits of account
number **6  1  0  7**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

| Debtor | **Freedom Rave Wear, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,836.38 | $39,836.38 |
|---|---|---|---|

Priority creditor's name and mailing address

**Internal Revenue Service**

**Centralized Insolvency Office**

**PO Box 7436**

**Philadelphia, PA 19101**

Date or dates debt was incurred

**03/2024**

Last 4 digits of account
number **1  6  7  0**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Payroll Tax**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7**

Priority creditor's name and mailing address

**Michigan Sales Tax**

**PO Box 30199**

**Lansing, MI**

Date or dates debt was incurred

**09/2024**

Last 4 digits of account
number **6  8  5  5**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    $619.39    $619.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Sales Tax**

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address

**Minnesota Sales Tax**

**PO Box 64564**

**St Paul, MN**

Date or dates debt was incurred

**06/2024**

Last 4 digits of account
number **7  7  7  9**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:    $1,724.67    $1,724.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Sales Tax**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor      **Freedom Rave Wear, Inc.**
            Name                                                          Case number *(if known)* _____

---

**Part 1:** Additional Page

---

| **2.9** | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $174.20 | $174.20 |

**North Carolina Sales Tax**

**PO Box 25000**

**Raleigh, NC 27640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

174.20

**Basis for the Claim:**

**Sales Tax**

Last 4 digits of account
number  6  4  4  6

**Is the claim subject to offset?**

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

| **2.10** | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $300.00 | $300.00 |

**Ohio Sales Tax**

**PO Box 2678**

**Columbus, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

**Sales Tax**

Last 4 digits of account
number  0  5  7  3

**Is the claim subject to offset?**

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

| **2.11** | | | | |
|---|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $452.76 | $452.76 |

**Utah Sales Tax**

**210 N 1950 W**

**Salt Lake City, UT 84134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the Claim:**

**Sales Tax**

Last 4 digits of account
number  -  S  T  C

**Is the claim subject to offset?**

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

---

Debtor    **Freedom Rave Wear, Inc.**
Name                                                          Case number *(if known)* _____

---

**Part 1:**  Additional Page

---

**2.12**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.20 | unknown |
|---|---|---|---|

**Utah Sales Tax**

**210 N 1950 W**

**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**09/2024**

**Basis for the Claim:**

**Sales Tax**

**Last 4 digits of account**
number  **-   W   T   H**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

---

**2.13**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $459.20 | $459.20 |
|---|---|---|---|

**Virginia Sales Tax**

**PO Box 26441**

**Richmond, VA 23261**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**08/2024**

**Basis for the Claim:**

**Sales Tax**

**Last 4 digits of account**
number  **-   0   0   1**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

Debtor    **Freedom Rave Wear, Inc.**

Name                                          Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Amtrust Insurance**

**PO Box 6939**

**Cleveland, OH 44101**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$6,011.00**

Date or dates debt was incurred    **10/27/2023**

Basis for the claim:  **Workers Compensation Audit**

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.2** Nonpriority creditor's name and mailing address

**Angel Perez**

**Mills Sadat Dowlat LLP**

**333 South Hope Street 40th Floor**

**Los Angeles, CA 90071**

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**unknown**

Date or dates debt was incurred    **10/03/2024**

Basis for the claim:  **Lawsuit for employment claims.**

Last 4 digits of account number  **1  0  6  N**

Is the claim subject to offset?
- [ ] No
- [x] Yes

Remarks: See Angel Perez vs. Freedom Rave Wear, LLC, et al.

---

**3.3** Nonpriority creditor's name and mailing address

**Athletix Fabrics**

**1451 Hooper Avenue**

**Los Angeles, CA 90021**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$9,795.49**

Basis for the claim:  **Business Supplies**

Date or dates debt was incurred    **08/2024**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **6  9  5  6**

---

**3.4** Nonpriority creditor's name and mailing address

**Attentive**

**221 River Street STE 9047**

**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$16,549.12**

Basis for the claim:  **Business Software**

Date or dates debt was incurred    **09/2024**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **0  9  5  5**

Debtor **Freedom Rave Wear, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Cox Business**

**PO Box 53214**

**Milwaukee, WI 53214**

Date or dates debt was incurred **12/09/2024**

Last 4 digits of account number **8 7 5 8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Internet Service**

Is the claim subject to offset?
☑ No
☐ Yes

$1,229.67

---

**3.6** Nonpriority creditor's name and mailing address

**Hartford Insurance**

**PO Box 660916**

**Dallas, TX 75266**

Date or dates debt was incurred **02/03/2025**

Last 4 digits of account number **5 A G V**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Workers Compensation Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$5,516.23

---

**3.8** Nonpriority creditor's name and mailing address

**Jade Roman**

**Mills Sadat Dowlat LLP**

**333 South Hope Street 40th Floor**

**Los Angeles, CA 90071**

Date or dates debt was incurred **08/15/2024**

Last 4 digits of account number **6 0 6 N**

Remarks: See Jade Roman vs. Freedom Rave Wear, LLC.

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Lawsuit alleging employment claims.**

Is the claim subject to offset?
☐ No
☑ Yes

unknown

---

**3.9** Nonpriority creditor's name and mailing address

**Kickfurther**

**1 Seneca Street**

**Buffalo, NY 14203**

Date or dates debt was incurred **08/2024**

Last 4 digits of account number **1 6 3 0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$226,675.02

---

Debtor    **Freedom Rave Wear, Inc.**
_____    Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,290.00 |

Nonpriority creditor's name and mailing address
**Loop Returns**

**PO Box 16250**

**Columbus, OH**

Date or dates debt was incurred    **09/2024**

Last 4 digits of account number    **n  c  .  __**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Marketing Software**

Is the claim subject to offset?
☑ No
☐ Yes

$4,290.00

---

**3.11**

Nonpriority creditor's name and mailing address
**Loudcrowd**

**1135 W 6th. St STE 110**

**Austin, TX 78703**

Date or dates debt was incurred    **06/2024**

Last 4 digits of account number    **n  c  .  __**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Marketing Software**

Is the claim subject to offset?
☑ No
☐ Yes

$9,194.39

---

**3.12**

Nonpriority creditor's name and mailing address
**Meir Watkins Phillips Pusch LLP**

**919 18th Street NW STE 650**

**Washington, DC 20006**

Date or dates debt was incurred    **10/2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney's Fees**

Is the claim subject to offset?
☑ No
☐ Yes

$58,354.29

---

**3.13**

Nonpriority creditor's name and mailing address
**Neil Patel Digital, LLC**

**Allianz**

**100 International Drive 22nd Floor**

**Baltimore, MD 21202**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **0  6  7  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Services**

Is the claim subject to offset?
☑ No
☐ Yes

$5,400.00

Debtor     **Freedom Rave Wear, Inc.**                                        Case number *(if known)* _____
                    Name

| Part 2: | Additional Page |
|---|---|

**3.14** Nonpriority creditor's name and mailing address

**Pettit Kohn Ingrassia Lutz Dolin LLP**

**Brett B. Greenberg, Esq.**

**5901 West Century Ste 1100**

**Los Angeles, CA 90045**

Date or dates debt was incurred     **2024-2025**

Last 4 digits of account number     **I   n   c   .**

As of the petition filing date, the claim is:     **$39,046.48**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Attorney's Fees**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Richard & Chris Bozicevich**

**1116 Serena Way**

**San Marcos, CA 92078**

Date or dates debt was incurred     **10/2023**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:     **$247,313.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Robertson HR Consulting**

**135 Bronze Way**

**Vista, CA 92083**

Date or dates debt was incurred     **06/2024**

Last 4 digits of account number     **n   c   .   ___**

As of the petition filing date, the claim is:     **$8,409.38**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

**SMALL BUSINESS ADMIN (EIDL LOAN)**

**SBA OFFICE OF DISASTER ASSISTANCE**

**14925 Kingsport Rd**

**Fort Worth, TX 76155**

Date or dates debt was incurred     **02/21/2021**

Last 4 digits of account number     **7   4   0   1**

As of the petition filing date, the claim is:     **$159,055.27**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor      **Freedom Rave Wear, Inc.**
_____      Case number *(if known)* _____
　　　　　　　Name

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Angel Perez**<br>**610 Lehner Avenue**<br>**Escondido, CA 92026** | Line **3.2**<br>☐ Not listed. Explain _____ | **1  0  6  N** |
| 4.2 | **Roman, Jade**<br>**1754 Larkhave Glen**<br>**Escondido, CA 92026** | Line **3.8**<br>☐ Not listed. Explain _____ | **0  1  5  N** |
| 4.3 | **SBA Loan**<br>**PO Box 3918**<br>**Portland, OR 97208** | Line **3.17**<br>☐ Not listed. Explain _____ | **7  4  0  1** |

Debtor   **Freedom Rave Wear, Inc.**
_____     Case number *(if known)* _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$211,814.32** |
| 5b. | **Total claims from Part 2** | 5b. + | **$796,839.34** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,008,653.66** |

Fill in this information to identify the case:

Debtor name **Freedom Rave Wear, Inc.**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Warehouse leased for business. | Nelli Regen |
| | | | Attn: Fay Ryan IDS Real Estate |
| | State the term remaining | 25 months | 629 J Street STE 204 |
| | List the contract number of any government contract | | Carlsbad, CA 92008 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Freedom Rave Wear, Inc.**

United States Bankruptcy Court for the:    **Southern**    District of    **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Alyssa Hodgen** | Street<br><br>City    State    ZIP Code | **Jade Roman** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Michael Hodgen** | Street<br><br>City    State    ZIP Code | **Headway Capital** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Jade Roman** | ☐ D<br>☑ E/F<br>☐ G |
| | | **TD Auto Finance** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **Freedom Rave Wear, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Codebtors** | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street _____ City   State   ZIP Code | | ❑ D ❑ E/F ❑ G |
| 2.6 | | Street _____ City   State   ZIP Code | | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name          **Freedom Rave Wear, Inc.**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................... | **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*................................................................................ | **$223,188.08**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*.................................................................................. | **$223,188.08**

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$88,240.99**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. | **$211,814.32**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. | **+ $796,839.34**

4. **Total liabilities**................................................................................................... | **$1,096,894.65**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____**Freedom Rave Wear, Inc.**_____

United States Bankruptcy Court for the:

_____**Southern District of California**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$130,281.78** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,771,524.07** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,724,536.22** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

---

Debtor    **Freedom Rave Wear, Inc.**                                                                    Case number *(if known)*
_____
Name

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Nelli Regen**<br>Creditor's name<br><br>**629 J Street STE 204**<br>Street<br><br>**Attn: Fay Ryan IDS Real Estate**<br><br>**Carlsbad, CA 92008**<br>City          State     ZIP Code | **01/24/2025**<br><br>**12/03/2024**<br><br>**12/02/2024**<br><br>**11/27/2024**<br><br>**11/22/2024** | **$39,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commercial Lease** |
| 3.2.  **Kickfurther**<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | **01/2025**<br><br>**12/2024**<br><br>**11/2024** | **$44,808.93** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Richard & Chris Bozicevich**<br>Creditor's name<br>**1116 Serena Way**<br>Street<br><br>**San Marcos, CA 92078**<br>City          State     ZIP Code<br><br>Relationship to debtor<br>**Michael Hodgen's In-laws.** | **06/2024** | **$20,000.00** | **Loan payment to Richard and Chris Bozicevich.** |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **2**

Debtor    **Freedom Rave Wear, Inc.**                                            Case number *(if known)*
           Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City    State    ZIP Code | _____ | _____ | _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>Street<br><br>_____<br>City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

| **Part 3:** | Legal Actions or Assignments |
|---|---|

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Jade Roman vs. Freedom Rave Wear, LLC, et al.**<br><br>Case number<br>**24CU007015N** | **Employment** | **North County Regional Center**<br>Name<br>**325 South Melrose Drive**<br>Street<br>**San Diego Superior Court**<br>**Vista, CA 92081**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
| | **Angel Perez vs. Freedom Rave Wear, LLC, et al.**<br><br>Case number<br>**24CU016106N** | **Employment** | **North County Regional Center**<br>Name<br>**325 South Melrose Drive**<br>Street<br>**San Diego Superior Court**<br>**Vista, CA 92081**<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Freedom Rave Wear, Inc.**

_____    Case number *(if known)* _____

Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Freedom Rave Wear, Inc. vs. Angel Perez, et al.** | **Violation of Penal Codes, Computer Fraud and Abuse Act, Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Labor Code Violations, Intentional Misrepresentation, Negligent Misrepresentation, Violation of Section 17200** | **North County Regional Center** Name | ☑ Pending |
| | | | **325 South Melrose Drive** Street | ☐ On appeal |
| | **Case number** | | **San Diego Superior Court** | ☐ Concluded |
| | **24CU01606N** | | **Vista, CA 92081** City          State     ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Freedom Rave Wear, LLC vs. Jade Roman, et al.** | **Violation of Penal Codes, Computer Fraud and Abuse Act, Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Labor Code Violations, Intentional Misrepresentation, Negligent Misrepresentation, Violation of Section 17200** | **North County Regional Center** Name | ☑ Pending |
| | | | **325 South Melrose Drive** Street | ☐ On appeal |
| | **Case number** | | **San Diego Superior Court** | ☐ Concluded |
| | **24CU007015N** | | **Vista, CA 92081** City          State     ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City          State     ZIP Code | | |
| | | Date of order or assignment | City          State     ZIP Code |

**Part 4:**  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor  **Freedom Rave Wear, Inc.**                                    Case number *(if known)* _____

Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|

Recipient's name

_____

Street

_____

_____

City                    State     ZIP Code

**Recipient's relationship to debtor**

_____

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____     _____         _____   _____

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| | **Law Offices of Mark L. Miller** | **Attorney's Fee** | **2/25/2025** | **$9,959.00** |

**Address**

**2341 Jefferson Street STE 100**

Street

_____

**San Diego, CA 92110**

City                    State     ZIP Code

**Email or website address**

**sandiegobk.com**

**Who made the payment, if not debtor?**

**Richard & Chris Bozicevich**

---

Debtor  **Freedom Rave Wear, Inc.**                                          Case number *(if known)*
Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City        State        ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **1260 Liberty Way STE E** <br> Street <br> **Freedom Rave Wear LLC** <br> **Vista, CA 92081** <br> City        State        ZIP Code | From  __11/01/2017__   To  __09/01/2024__ |

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page **6**

Debtor  **Freedom Rave Wear, Inc.**
_____
          Name                                                    Case number *(if known)*

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

          Does the debtor have a privacy policy about that information?

          ☐ No
          ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

          ☑ No. Go to Part 10.

          ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

          Has the plan been terminated?
          ☐ No
          ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Freedom Rave Wear, Inc.**
Name                                                                         Case number *(if known)*

18.1  **Mercury Bank**                  XXXX–**5 0 8 4**    ☑ Checking        **05/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street**                                       ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

18.2  **Mercury Bank**                  XXXX–**3 3 0 8**    ☑ Checking        **11/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street Floor 4**                               ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

18.3  **Mercury Bank**                  XXXX–**5 9 0 4**    ☑ Checking        **05/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street Floor 4**                               ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

18.4  **Mercury Bank**                  XXXX–**8 5 0 3**    ☑ Checking        **05/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street Floor 4**                               ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

18.5  **Mercury Bank**                  XXXX–**6 4 8 0**    ☑ Checking        **05/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street Floor 4**                               ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

18.6  **Mercury Bank**                  XXXX–**5 2 8 7**    ☑ Checking        **05/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street Floor 4**                               ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

18.7  **Mercury Bank**                  XXXX–**9 5 4 3**    ☑ Checking        **05/2024**        **$0.00**
Name                                                        ☐ Savings
**660 Mission Street Floor 4**                               ☐ Money market
Street                                                      ☐ Brokerage
**Floor 4**                                                 ☐ Other
**San Francisco, CA 94105**
City              State    ZIP Code                         _____

Debtor    **Freedom Rave Wear, Inc.**
_____    Case number *(if known)* _____
Name

| 18.8 | **Mercury Bank** | XXXX– **7   1   6   0** | ☑ Checking | **05/2024** | **$0.00** |
|---|---|---|---|---|---|
| | Name | | ☐ Savings | | |
| | **660 Mission Street Floor 4** | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | **Floor 4** | | ☐ Other | | |
| | **San Francisco, CA 94105** | | _____ | | |
| | City    State    ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City    State    ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City    State    ZIP Code | | | |

Debtor    **Freedom Rave Wear, Inc.** _____    Case number _(if known)_ _____

   Name

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

- ■ _Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ■ _Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ _Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City            State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

| Debtor | Freedom Rave Wear, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____ Name _____ Street _____ _____ City    State    ZIP Code | _____ _____ | EIN: __ __ – __ __ __ __ __ __ __ **Dates business existed** From _____    To _____ |

**26.  Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Outlook Accounting & Taxes LLP** Name **450 Inverrary Lane** Street **Deerfield, IL 60015** City    State    ZIP Code | From **04/2023**    To **10/2023** |
| 26a.2. **Christopher DiLorenzo, CPA PC** Name **175 Broadhollow Road STE 130** Street **Melville, NY 11747** City    State    ZIP Code | From **11/2024**    To **Ongoing** |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Bench Bookkeeping** Name **2261 Market Street #5056** Street **San Francisco, CA 94114** City    State    ZIP Code | From **04/2023**    To **10/2023** |

Debtor    **Freedom Rave Wear, Inc.**
Name

Case number *(if known)* _____

| Name and address | Dates of service |
|---|---|
| 26b.2. **Finaloop, Inc.**<br>Name<br><br>**38 6th Avenue**<br>Street<br><br><br>**Brooklyn, NY 11217**<br>City              State              ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Finaloop, Inc.**<br>Name<br><br>**38 6th Avenue**<br>Street<br><br><br>**Brooklyn, NY 11217**<br>City              State              ZIP Code | _____<br>_____<br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name<br><br>_____<br>Street<br><br><br>_____<br>City              State              ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Michael Hodgen** | **Ongoing** | **$88,000.00** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **Michael Hodgen**<br>Name<br><br>**2236 Rutherford Road STE 103**<br>Street<br><br><br>**Carlsbad, CA 92008**<br>City              State              ZIP Code |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    Freedom Rave Wear, Inc.
_____
        Name                                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Michael Hodgen | 2108 North Street STE N Sacramento, CA 95816 | Chief Executive Officer, Owner | 50.00% |
| Alyssa Hodgen | 2236 Rutherford Road STE 103 Carlsbad, CA 92008 | Secretary, Owner | 50.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
|  |  | , | From _____ |
|  |  |  | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Richard & Chris Bozicevich**<br>Name<br>**1116 Serena Way**<br>Street<br><br>**San Marcos, CA 92078**<br>City / State / ZIP Code | $20,000.00 | 06/2024 | Repaid loan. |

| | | Relationship to debtor |
|-|-|------------------------|
| | | Michael Hodgen's In-laws. |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Michael Hodgen**<br>Name<br>**117 North Cleveland Street # 430**<br>Street<br><br>**Oceanside, CA 92054**<br>City / State / ZIP Code | $12,972.54 | 01/01/2024-12/31/2024 | Wages |

Relationship to debtor

**President**

Debtor    **Freedom Rave Wear, Inc.**
Name    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Alyssa Hodgen**<br>Name<br><br>**117 North Cleveland Street Apt. 430**<br>Street<br><br><br>**Oceanside, CA 92054**<br>City                          State          ZIP Code | **$13,769.24** | **01/01/2024-12/31/2024** | **Wages** |

Relationship to debtor

**Secretary**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. **Michael Hodgen**<br>Name<br><br>**117 North Cleveland Street Apt. 430**<br>Street<br><br><br>**Vista, CA 92081**<br>City                          State          ZIP Code | **$121,179.31** | **01/01/2024-12/31/2024** | **Draws** |

Relationship to debtor

**President**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Michael Hodgen**<br>Name<br><br>**117 North Cleveland Street Apt. 430**<br>Street<br><br><br>**Vista, CA 92081**<br>City                          State          ZIP Code | **$8,501.82** | **01/01/2025-02/24/2025** | **Draws** |

Relationship to debtor

**President**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Human Interest** | EIN: **9 9** – **1 3 4 5 1 8 4** |

Debtor   **Freedom Rave Wear, Inc.**

Name

Case number *(if known)*

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**02/24/2025**__
          MM/  DD/  YYYY

**X** **/s/ Michael Hodgen**                    Printed name   **Michael Hodgen**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Freedom Rave Wear, Inc.**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kickfurther<br>1 Seneca Street<br>Buffalo, NY 14203 | | Business Loan | | | | $226,675.02 |
| 2 | SMALL BUSINESS ADMIN (EIDL LOAN)<br>SBA OFFICE OF DISASTER ASSISTANCE<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | | Business Loan | | | | $159,055.27 |
| 3 | Employment Development Department<br>PO Box 989061<br>West Sacramento, CA 95798-9777 | | State EDD Tax | | | | $144,276.60 |
| 4 | Meir Watkins Phillips Pusch LLP<br>919 18th Street NW STE 650<br>Washington, DC 20006 | | Attorney's Fees | | | | $58,354.29 |
| 5 | Internal Revenue Service<br>Centralized Insolvency Office<br>PO Box 7436<br>Philadelphia, PA 19101 | | Payroll Tax | | | | $39,836.38 |
| 6 | Pettit Kohn Ingrassia Lutz Dolin LLP<br>Brett B. Greenberg, Esq.<br>5901 West Century Ste 1100<br>Los Angeles, CA 90045 | | Attorney's Fees | | | | $39,046.48 |
| 7 | Headway Capital<br>4700 W. Daybreak Pkwy. Ste 200<br>South Jordan, UT 84009 | | Business Loan | | | | $17,916.97 |
| 8 | TD Auto Finance<br>PO Box 100295<br>Columbia, SC 29202 | | | | $65,178.00 | $24,000.00 | $17,178.00 |

Debtor   **Freedom Rave Wear, Inc.**
_____
                    Name                                                                    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Attentive<br>221 River Street STE 9047<br>Hoboken, NJ 07030 | | Business Software | | | | $16,549.12 |
| 10  California Department of Tax and Fees<br>PO Box 942879<br>Sacramento, CA 94279 | | Sales Tax | | | | $15,095.66 |
| 11  Athletix Fabrics<br>1451 Hooper Avenue<br>Los Angeles, CA 90021 | | Business Supplies | | | | $9,795.49 |
| 12  Loudcrowd<br>1135 W 6th. St STE 110<br>Austin, TX 78703 | | Business Marketing Software | | | | $9,194.39 |
| 13  Robertson HR Consulting<br>135 Bronze Way<br>Vista, CA 92083 | | Business Services | | | | $8,409.38 |
| 14  Human Interest<br>655 Montgomery Street #1800<br>San Francisco, CA 94111 | | Unpaid retirement contributions | | | | $6,500.00 |
| 15  Amtrust Insurance<br>PO Box 6939<br>Cleveland, OH 44101 | | Workers Compensation Audit | | | | $6,011.00 |
| 16  Hartford Insurance<br>PO Box 660916<br>Dallas, TX 75266 | | Workers Compensation Fees | | | | $5,516.23 |
| 17  Neil Patel Digital, LLC<br>Allianz<br>100 International Drive 22nd Floor<br>Baltimore, MD 21202 | | Business Services | | | | $5,400.00 |
| 18  Loop Returns<br>PO Box 16250<br>Columbus, OH | | Business Marketing Software | | | | $4,290.00 |
| 19  Minnesota Sales Tax<br>PO Box 64564<br>St Paul, MN | | Sales Tax | | | | $1,724.67 |
| 20  Cox Business<br>PO Box 53214<br>Milwaukee, WI 53214 | | Internet Service | | | | $1,229.67 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE: **Freedom Rave Wear, Inc.**                                                         CASE NO

                                                                                           CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date   **02/24/2025**     Signature                    **/s/ Michael Hodgen**
                                                                 Michael Hodgen, President

Amtrust Insurance
PO Box 6939
Cleveland, OH 44101


Angel Perez
Mills Sadat Dowlat LLP
333 South Hope Street 40th Floor
Los Angeles, CA 90071


Angel Perez
610 Lehner Avenue
Escondido, CA 92026


Athletix Fabrics
1451 Hooper Avenue
Los Angeles, CA 90021


Attentive
221 River Street STE 9047
Hoboken, NJ 07030


Blue Moon Fabrics
933 Maple Avenue
Los Angeles, CA 90015


California Department of Tax
and Fees
PO Box 942879
Sacramento, CA 94279


California Franchise Tax
Board
PO Box 942857
Sacramento, CA 94285

Cox Business
PO Box 53214
Milwaukee, WI 53214

Employment Development
Department
PO Box 989061
West Sacramento, CA 95798-9777

Hartford Insurance
PO Box 660916
Dallas, TX 75266

Headway Capital
4700 W. Daybreak Pkwy. Ste 200
South Jordan, UT 84009

Human Interest
655 Montgomery Street #1800
San Francisco, CA 94111

IIInois Sales Tax
PO Box 19035
Springfield, IL 62719

Internal Revenue Service
Centralized Insolvency Office
PO Box 7436
Philadelphia, PA 19101

Jade Roman
Mills Sadat Dowlat LLP
333 South Hope Street 40th Floor
Los Angeles, CA 90071

Kickfurther
1 Seneca Street
Buffalo, NY 14203

Loop Returns
PO Box 16250
Columbus, OH

Loudcrowd
1135 W 6th. St STE 110
Austin, TX 78703

Meir Watkins Phillips Pusch
LLP
919 18th Street NW STE 650
Washington, DC 20006

Michigan Sales Tax
PO Box 30199
Lansing, MI

Minnesota Sales Tax
PO Box 64564
St Paul, MN

Neil Patel Digital, LLC
Allianz
100 International Drive 22nd Floor
Baltimore, MD 21202

North Carolina Sales Tax
PO Box 25000
Raleigh, NC 27640

Ohio Sales Tax
PO Box 2678
Columbus, OH 43216


Pettit Kohn Ingrassia Lutz
Dolin LLP
Brett B. Greenberg, Esq.
5901 West Century Ste 1100
Los Angeles, CA 90045

Richard & Chris Bozicevich
1116 Serena Way
San Marcos, CA 92078


Robertson HR Consulting
135 Bronze Way
Vista, CA 92083


Jade Roman
1754 Larkhave Glen
Escondido, CA 92026


SBA Loan
PO Box 3918
Portland, OR 97208


SMALL BUSINESS ADMIN
(EIDL LOAN)
SBA OFFICE OF DISASTER ASSISTANCE
14925 Kingsport Rd
Fort Worth, TX 76155

TD Auto Finance
PO Box 100295
Columbia, SC 29202

Utah Sales Tax
210 N 1950 W
Salt Lake City, UT 84134


Virginia Sales Tax
PO Box 26441
Richmond, VA 23261

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

**In re**    Freedom Rave Wear, Inc.

Case No. _____

**Debtor**                                    Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ..................................................................................... **$0.00**

Prior to the filing of this statement I have received ................................................................. **$0.00**

Balance Due ............................................................................................................... **$0.00**

X **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................... **$30,000.00**

The undersigned shall bill against the retainer at an hourly rate of ............................................ **$400.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    _____**$1,178.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my

law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/15)

      b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/24/2025
_____
*Date*

/S/ LARISSA L. LAZARUS
_____
Larissa L Lazarus
*Signature of Attorney*

Bar Number: 250293
Law Offices of Mark L. Miller
2341 Jefferson Street STE 100
San Diego, CA 92110
Phone: (619) 574-0551

**Law Offices of Mark L. Miller**
_____
*Name of law firm*

</div>